**DYKEMA GOSSETT LLP**
Lukas Sosnicki (SBN 295895)
*lsosnicki@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant
JAMES DIMON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I, Woman, MONICA RENE HALL<br>I, Man, DAVID JR. HALL<br>Real Party(s) In Interest,<br><br>            Plaintiffs,<br><br>     v.<br><br>JAMES JAMIE DIMON,<br><br>            Defendant. | Case No.<br><br>**DEFENDANT JAMES DIMON'S NOTICE OF REMOVAL; EXHIBITS "A" AND "B"**<br><br>**[28 U.S.C. §§ 1332, 1441, 1446]** |

**TO THE CLERK AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant James Dimon ("Dimon") hereby gives notice of this action's removal from the California Superior Court for the County of Los Angeles to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support thereof, and for the purpose of removal only, Dimon states as follows:

1.     On August 15, 2016, Plaintiffs Monica Hall and David Hall ("Plaintiffs") commenced this action against Defendant James Dimon in the Los

-1-
DEFENDANT JAMES DIMON'S NOTICE OF REMOVAL

Angeles County Superior Court as Case No. MC026499 ("State Court Action"). A copy of the Complaint in the State Court Action is contained in **Exhibit "A,"** copies of all process, and orders filed herewith are contained in **Exhibit "B"**, and no other proceedings have been held, pleadings filed, or orders entered.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) in that there is diversity of citizenship and the amount in controversy exceeds $75,000.

3. Plaintiffs' home is situated in the County of Los Angeles, State of California and is commonly described as 4203 Norval Road, Quartz Hill, California 93536 (the "Property"). [Complaint ¶ 7] For purposes of diversity jurisdiction, a person is a citizen of the state in which he or she is domiciled. Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828 (1989). "[D]omicile is established by physical presence in a place in connection with a certain state of mind concerning one's intent to remain there." Miss. Band of Choctaw Indians v. Holyfield, 490 U.S. 30, 48 (1989). Plaintiffs do not allege that they have any intention to leave California. Thus, for diversity purposes, Plaintiffs' domicile is in California, and Plaintiffs are citizens of California for diversity purposes.

4. Dimon is a citizen of New York.

5. The Complaint seeks over $11 million in damages from Dimon. [Complaint, p. 11, line 4]

6. The Complaint also seeks a declaratory judgment quieting title to the Property. [Complaint, p. 8, lines 27-28; p. 9, lines 12-14] Where a plaintiff seeks to quiet title, the amount in controversy "is the whole of the real estate to which the claim extends." Chapman v. Deutsche Bank Nat'l Trust Co., 651 F.3d 1039, 1045, fn. 2 (9th Cir. 2011) (quoting Woodside v. Ciceroni, 93 F. 1, 4 (9th Cir. 1899). Furthermore, "[i]n actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." Cohn v. Petsmart, Inc., 281 F.3d 837, 840 (9th Cir. 2002) (quoting

-2-
DEFENDANT JAMES DIMON'S NOTICE OF REMOVAL

Hunt v. Wash. State Apple Adver. Comm'n, 432 U.S. 333, 347 (1997)).  Here, the object of the litigation is a $463,500 loan.  Therefore, for this separate reason, the amount in controversy exceeds the jurisdictional minimum of $75,000 under 28 U.S.C. § 1332(a).

7. Pursuant to 28 U.S.C. §§ 1441(a), this case may be removed from the Los Angeles County Superior Court to the United States District Court for the Central District of California.  Removal is timely pursuant to 28 U.S.C. § 1446(b)(1).  Venue in the Central District of California – Western Division is proper pursuant to 28 U.S.C. § 84(c)(2).

8. Pursuant to 28 U.S.C. § 1446(d), Dimon will file a Notice of Filing Notice of Removal with the clerk of the Superior Court of California, County of Ventura, and will serve a copy of that Notice of Filing on Plaintiffs.

9. Dimon reserves all defenses, including, without limitation, the defenses of lack of proper service and lack of personal jurisdiction.  Dimon specifically does not concede personal jurisdiction, and intends to file a motion to dismiss for lack of personal jurisdiction shortly after the matter is removed.

10. Dimon reserves their right to amend or supplement this Notice of Removal.

11. Dimon does not concede in any way that the allegations in the Complaint are accurate, or that Plaintiffs are entitled to any relief under his Complaint.

12. The undersigned counsel for Dimon has read the foregoing and has signed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

///
///
///
///

-3-
DEFENDANT JAMES DIMON'S NOTICE OF REMOVAL

WHEREFORE, Dimon prays that the State Court Action pending in the California Superior Court, County of Los Angeles, be removed to the United States District Court for the Central District of California – Western Division.

Dated: September 14, 2016     DYKEMA GOSSETT LLP

By: /s/ *Lukas Sosnicki*
Lukas Sosnicki
Attorneys for Defendant
JAMES DIMON

4812-8083-4616.1
112746\000094