FILED: 11/16/2016
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Monica Rene Hall and David Jr. Hall*, | CASE NO. CV 16-06907-GHK (JCx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *James Jamie Dimon*, | |
| Defendant. | |

Pursuant to the Court's November 16, 2016 Order, IT IS HEREBY ADJUDGED that this action is **DISMISSED without prejudice** for lack of personal jurisdiction.

**IT IS SO ORDERED**.

DATED: November 16, 2016

_____
GEORGE H. KING
United States District Judge